IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 09-40056 |
| | ) | |
| | ) | <u>MINUTES OF COURT</u> |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DATE: 2/22/2010 |
| | ) | |
| FREDERICK G. GOOSBY, | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: (X )

PROCEEDINGS:

TIME:

   This matter is before the court on the defendant's Motion to Continue (doc. #29) in 09-40056.

   The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion to continue.

   It is hereby ORDERED that this matter is STRICKEN from the 3/4/2010 docket and reset for disposition on 4/8/2010 at 10:00 a.m. in Benton, IL in both cases of 09-40056 & 97-40012.

NANCY ROSENSTENGEL,  CLERK

By: s/ K. Jane Reynolds
Deputy Clerk